**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**VAUGHN DAMON WILSON** **PETITIONER**

**V.** **CASE NO. 2:26-CV-02123**

**THE STATE OF ARKANSAS** **RESPONDENT**

**ORDER**

Now before the Court is Plaintiff's Motion to Dismiss (Doc. 7). Pursuant to Rule 41 Plaintiff's Motion to Dismiss is **GRANTED**. The Report and Recommendations (Doc. 6) is now **MOOT**.

Accordingly, **IT IS ORDERED** that the Plaintiff's Motion to Dismiss is **GRANTED** and the case is **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to terminate all pending motions and close the case.

**IT IS SO ORDERED** this 16th day of September 2026.

/s/ David Clay Fowlkes
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE